```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 24388
   MICHAEL SANTOW
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4346


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/15/2008 and was not confirmed.

     The case was dismissed without confirmation 12/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                             PAID             PAID
--------------------------------------------------------------------------

WASHINGTON MUTUAL BANK    CURRENT MORTG           .00             .00              .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE      25494.87             .00              .00
WASHINGTON MUTUAL         MORTGAGE NOTI    NOT FILED              .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED              .00              .00
HSBC BANK                 UNSECURED        NOT FILED              .00              .00
NICOR GAS                 NOTICE ONLY      NOT FILED              .00              .00
NICOR GAS                 UNSECURED        NOT FILED              .00              .00
RNB TARGET                NOTICE ONLY      NOT FILED              .00              .00
PARTRIDGE HILL TOWNHOUSE  SECURED NOT I         .00               .00              .00
PHILIP A IGOE             DEBTOR ATTY          .00                                 .00
TOM VAUGHN                TRUSTEE                                                  .00
DEBTOR REFUND             REFUND                                                   .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                          --------------        --------------
TOTALS                          .00                    .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 24388 MICHAEL SANTOW
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```